UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

In re Avenica Inc.  
　　　Debtor

Case No. 17-41813-ess  
Reporting Period: December 1, 2019 - December 31, 2019

Federal Tax I.D. # 32-0346185

**CORPORATE MONTHLY OPERATING REPORT**

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
| 　Copies of bank statements | | X | |
| 　Cash disbursements journals | | X | |
| Statement of Operations | MOR-2 | | X |
| Balance Sheet | MOR-3 | | X |
| Status of Post-petition Taxes | MOR-4 | N/A | |
| 　Copies of IRS Form 6123 or payment receipt | | N/A | |
| 　Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | |
| 　Listing of Aged Accounts Payable | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Chapter 11 Trustee _[signature] Alan Nisselson, Chapter 11 Trustee_　　Date _1/8/20_

Signature of Authorized Individual*　　Date

Printed Name of Authorized Individual　　Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**Avenica, Inc. Debtor**
**Case No. 17-41813-ESS**

**Gallant Capital Markets, Ltd., Debtor**
**Case No. 17-41814-ESS**

**Esther DuVal, Chapter 11 Trustee**
**Notes to Monthly Operating Report**

**1.    General**

On April 14, 2017, Gallant Capital Markets, Ltd. (BVI Company Number 1531907) and Avenica Inc. (each the "Debtor" or collectively, the "Debtors"), filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court").

On May 30, 2017, the Bankruptcy Court entered an Order appointing Esther DuVal as the Chapter 11 Trustee of the Debtor.

On August 29, 2017, the Bankruptcy Court entered an amended order directing a joint administration of the Debtors' estates.

**2.    Monthly Operating Report Disclosures**

This report contains unaudited information. The Trustee exercised her best efforts to ensure the accuracy of the data based on the information that was available and identifiable at the time of preparation, including, but not limited to, bank account statements, and the statement of financial affairs filed with the Bankruptcy Court that was prepared by the Debtors. Further, all of the Debtor's books and records may not have been available to the Trustee at the time the monthly operating report was prepared and the information contained in the available books and records may not be complete and may be inaccurate. Accordingly, the reader is cautioned not to place undue reliance upon information contained in this monthly operating report. Subsequent information or the discovery of additional information may result in changes to the monthly operating report. Accordingly, the Trustee reserves all rights to amend, supplement and update as may be necessary or appropriate.

*Cash Basis*
These reports are prepared utilizing the cash basis of accounting. As such, MOR-1 and MOR -1 (CONT) were prepared and certain sub-schedules were included with known and available information.

*Accounts Payable*
The Trustee has annexed all identifiable post-petition accounts payable at the end of the MOR reporting date. The Trustee's investigation is ongoing, however, and the Trustee may later discover accounts payable due and owing by the Debtor during this operating period. The Trustee will supplement or update as deemed necessary on a going forward basis.

In re **Avenica Inc.**  
    **Debtor**

Case No. 17-41813-ess  
Reporting Period: December 1, 2019 - December 31, 2019

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | | |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | MMA (5066) | CHECKING (5067) | Payroll Reserve (5068) | Income Tax (5069) | DIP (0706) | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING OF MONTH** | $ 4.57 | $ - | $ 234.23 | $ - | $ - | $ 238.80 |
| **RECEIPTS** | | | | | | |
| CASH SALES | | | | | | - |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | | - |
| LOANS AND ADVANCES | | | | | | - |
| SALE OF ASSETS | | | | | | - |
| OTHER - (VOIDED CHECKS) | | | | | | - |
| INTEREST | | | | | | - |
| TRANSFERS *(FROM TRUSTEE ACCTS)* | | | | | | - |
| TRANSFERS *(FROM DIP ACCTS)* | | | | | | - |
| TRANSFERS *(FROM GALLANT TO AVENICA)* | | | | | | - |
| **TOTAL RECEIPTS** | $ - | $ - | $ - | $ - | $ - | $ - |
| **DISBURSEMENTS** | | | | | | |
| NET PAYROLL | | | | | | - |
| PAYROLL TAXES | | | | | | - |
| SALES, USE, BENEFIT & OTHER TAXES | | | | | | - |
| INVENTORY PURCHASES | | | | | | - |
| SECURED/ RENTAL/ LEASES | | | | | | - |
| INSURANCE | | | | | | - |
| ADMINISTRATIVE | | | | | | - |
| SELLING | | | | | | - |
| OTHER | | | | | | - |
| OTHER *(FEES)* | | | | | | - |
| OWNER DRAW * | | | | | | - |
| TRANSFERS *(TO TRUSTEE ACCTS)* | | | | | | - |
| TRANSFERS *(TO DIP ACCTS)* | | | | | | - |
| TRANSFERS *(FROM AVENICA TO GALLANT)* | | | | | | - |
| PROFESSIONAL FEES | | | | | | - |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | - |
| COURT COSTS | | | | | | - |
| **TOTAL DISBURSEMENTS** | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - | - |
| | | | | | | |
| **CASH – END OF MONTH** | $ 4.57 | $ - | $ 234.23 | $ - | $ - | $ 238.80 |

\* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE      **CLOSED**

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | - |
|   LESS: TRANSFERS TO TRUSTEE ACCOUNTS | - |
|   PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | - |

**In re** Avenica Inc.                 **Case No.** 17-41813-ess
     **Debtor**                         **Reporting Period:** December 1, 2019 - December 31, 2019

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

|  | MMA (5066) | CHECKING (5067) | Payroll Reserve (5068)[1] | Income Tax (5069) | DIP (0706) |
|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | $ 4.57 | $ - | $ 234.23 | $ - | |
| | | | | | |
| BANK BALANCE | $ 4.57 | $ - | $ 234.23 | $ - | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | - | - | - | - | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | - | - | - | - | |
| OTHER *(ATTACH EXPLANATION)* | - | - | - | - | |
| | | | | | |
| **ADJUSTED BANK BALANCE *** | $ 4.57 | $ - | $ 234.23 | $ - | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

1 - In October 2019, the Chapter 11 Trustee issued stop payments on four (4) outstanding payroll checks totaling $234.23. These checks were previously reissued in June 2019 due to being stale dated.

In re: Avenica Inc.  
**Debtor**

Case No. 17-41813-ess  
Reporting Period: December 1, 2019 - December 31, 2019

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | N/A | | | | | |
| Other: Benefit Withholdings | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POST-PETITION DEBTS

**Number of Days Past Due**

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | $ 325.00 | $ - | $ - | $ - | $ 786.63 | $ 1,111.63 |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Post-petition Debts** | $ 325.00 | $ - | $ - | $ - | $ 786.63 | $ 1,111.63 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

**In re** Avenica Inc.  
    **Debtor**

**Case No.** 17-41813-ess  
**Reporting Period:** December 1, 2019 - December 31, 2019

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ - * |
| Plus: Amounts billed during the period | - |
| Less: Amounts collected during the period | - |
| Total Accounts Receivable at the end of the reporting period | $ - |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | $ - |
| 31 - 60 days old | | | | | - |
| 61 - 90 days old | | | | | - |
| 91+ days old | | | | | - |
| Total Accounts Receivable | | | | | - |
| Less: Bad Debts (Amount considered uncollectible) | | | | | - |
| Net Accounts Receivable | | | | | $ - |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | $ 325.00 | $ - | $ - | $ 786.63 | $ 1,111.63 |

**Notes**  
* See Notes to Monthly Operating report

In re Avenica Inc.  
    Debtor

Case No. 17-41813-ess  
Reporting Period: December 1, 2019 - December 31, 2019

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | $   - | $   - |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | | |
| | | | | | |
| | | | | | |
| NONE | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| N/A | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

**In re** Avenica Inc.  **Case No.** 17-41813-ess
    **Debtor**    **Reporting Period:** December 1, 2019 - December 31, 2019

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No | |
|---|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | ✔ | |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✔ | |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✔ | |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✔ | |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | ✔ | |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | ✔ | |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | ✔ | |
| 8 | Are any post petition payroll taxes past due? | | ✔ | |
| 9 | Are any post petition State or Federal income taxes past due? | | ✔ | |
| 10 | Are any post petition real estate taxes past due? | | ✔ | |
| 11 | Are any other post petition taxes past due? | | ✔ | |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | ✔ | |
| 13 | Are any amounts owed to post petition creditors delinquent? | ✔ | | * |
| 14 | Are any wage payments past due? | | ✔ | |
| 15 | Have any post petition loans been been received by the Debtor from any party? | | ✔ | |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | ✔ | |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✔ | |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | ✔ | |

* See Notes to Monthly Operating Report

**In re** Avenica Inc.                                                              **Case No.** 17-41813-ess
    **Debtor**                                                          **Reporting Period:** December 1, 2019 - December 31, 2019

## CASH DISBURSEMENTS

| Date | Account | Check # | Payee | Amount |
|------|---------|---------|-------|--------|
|  |  |  | None |  |
|  |  |  | **Total ACCT # 5066 - December 2019** | $ - |
|  |  |  | None |  |
|  |  |  | **Total ACCT # 5067 - December 2019** | $ - |
|  |  |  | None |  |
|  |  |  | **Total ACCT # 5068 - December 2019** | $ - |
|  |  |  | **TOTAL** | $ - |
|  |  |  | Less Account Transfer | - |
|  |  |  | **Grand Total** | $ - |




**Mechanics Bank**
P.O. Box 6010
Santa Maria, CA 93456-6010
*Return Service Requested*

Mechanics Bank
Member FDIC
NMLS #442116

Period Covered:
December 01, 2019 - December 31, 2019
Page 1 of 4

Esther DuVal
1065 Avenue of the Americas
10th Floor
New York NY 10018

Case Number     17-41813-ESS
Case Name     AVENICA INC
Trustee Number     I
Trustee Name     Esther DuVal

📞 **Questions**
(800) 634-7734
banking.services@stretto.com
**www.stretto.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---:|---:|
| **Checking Account** | | | |
| TRUSTEE CHECKING | 5067 | $0.00 | $0.00 |
| TRUSTEE CHECKING | 5068 | $234.23 | $234.23 |
| **Money Market** | | | |
| MONEY MARKET | 5066 | $4.57 | $4.57 |
| **Total** | | **$238.80** | **$238.80** |

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415




**Mechanics Bank**
P.O. Box 6010
Santa Maria, CA 93456-6010
*Return Service Requested*

Mechanics Bank
Member FDIC
NMLS #442116

Period Covered:
December 01, 2019 - December 31, 2019
Page 2 of 4

Esther DuVal
1065 Avenue of the Americas
10th Floor
New York NY 10018

| | |
|---|---|
| Case Number | 17-41813-ESS |
| Case Name | AVENICA INC |
| Trustee Number | 1 |
| Trustee Name | Esther DuVal |

☎ **Questions**
(800) 634-7734
banking.services@stretto.com
**www.stretto.com**

### TRUSTEE CHECKING                               Account Number: ████5067

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$0.00** |
| Avg Collected Balance | $0.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$0.00** |

***No activity this statement period***

 

**Mechanics Bank**
P.O. Box 6010
Santa Maria, CA  93456-6010
*Return Service Requested*

Mechanics Bank Member FDIC
NMLS #442116

Period Covered:
December 01, 2019 - December 31, 2019
Page 3 of 4

Esther DuVal
1065 Avenue of the Americas
10th Floor
New York NY 10018

Case Number                  17-41813-ESS
Case Name                    AVENICA INC
Trustee Number
Trustee Name                 Esther DuVal

📞 **Questions**
(800) 634-7734
banking.services@stretto.com
www.stretto.com

## TRUSTEE CHECKING                                              Account Number: 5068

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | $234.23 |
| Avg Collected Balance | $234.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$234.23** |

***No activity this statement period***


P.O. Box 6010
Santa Maria, CA 93456-6010
*Return Service Requested*


Mechanics Bank
Member FDIC
NMLS #442116

Period Covered:
December 01, 2019 - December 31, 2019
Page 4 of 4

Esther DuVal
1065 Avenue of the Americas
10th Floor
New York NY 10018

| | |
|---|---|
| Case Number | 17-41813-ESS |
| Case Name | AVENICA INC |
| Trustee Number | 1 |
| Trustee Name | Esther DuVal |

📞 **Questions**
(800) 634-7734
banking.services@stretto.com
**www.stretto.com**

## MONEY MARKET                                                                    Account Number: 5066

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$4.57** |
| Avg Collected Balance | $4.00 | + Total Additions | $0.00 |
| Interest Paid Year to Date | $0.01 | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$4.57** |

***No activity this statement period***

### Interest Information

| | |
|---|---|
| Annual percentage yield earned | 0.00% |
| Interest bearing days | 31 |
| Average balance for APY | $4.57 |
| Interest earned | $0.00 |